# EXHIBIT 1

**FLSA Collective Action and Rule 23 Class Action
Settlement Agreement and Release**

## FLSA COLLECTIVE ACTION AND RULE 23 CLASS ACTION SETTLEMENT AGREEMENT AND RELEASE

Subject to Court approval, Sauder Woodworking Co., including its officers, directors, shareholders, employees, representatives, corporate parents, corporate siblings, subsidiaries, predecessors, successors, affiliates thereof, and otherwise related entities (collectively, "Defendant"), and Tyler Wyse ("Representative Plaintiff") individually, and on behalf of the FLSA Collective Action Members and the Rule 23 Class Members (defined below), voluntarily enter into this FLSA Collective Action and Rule 23 Class Action Settlement Agreement and Release ("Agreement") to settle all claims and issues as set forth more fully below. Representative Plaintiff and Defendant will be collectively referred to as the "Parties."

## BACKGROUND AND RECITALS

1.  Representative Plaintiff filed an action captioned *Tyler Wyse v. Sauder Woodworking Co.*, Case No. 3:21-cv-957 on May 7, 2021 in the United States District Court for the Northern District of Ohio ("the Action"). In the Action, Representative Plaintiff asserted claims against Defendant on behalf of himself and others similarly situated under the Fair Labor Standards Act (the "FLSA) and the Ohio Minimum Fair Wage Standards Act "(OMFWSA").

2.  Defendant denies all liability or wrongdoing in connection with all claims asserted in the Action.

3.  On September 16, 2021, the Court approved the Parties' Joint Stipulation of Conditional Certification of an FLSA Collective and Rule 23 Class defined as follows:

> All current and former non-exempt hourly production employees employed by Defendant during the period of time from May 7, 2019 to the present who worked 40 or more hours and received an automatic five-minute deduction from their work hours during any work week during this period of time.

4.      As of the date of this Agreement, 200 Potential Class members have submitted a Consent to Join form, which have been filed with the Court.

5.      As of the date of this Agreement, 141 Potential Class Members have affirmatively opted-out of the class.

6.      To avoid the burden, expense, risks and uncertainty of litigation, the Parties agreed to engage in settlement negotiations.

7.      Plaintiffs' Counsel and Defendant's Counsel each engaged the services of an expert to construct and evaluate a damages model using information produced by Defendant.

8.      The Parties reached an agreement to resolve all claims asserted in this case, and the terms of their agreement are embodied herein.

9.      The purpose of this Agreement is to fully and finally settle all Released Claims (as defined below) that Representative Plaintiff and any Claimants (as defined below) may have against Defendant.

## DEFINITIONS

10.      "Claimant" means Representative Plaintiff, Rule 23 Class Members, and FLSA Collective Action Members.

11.      "Claim Form" means the Notice of Class and Collective Action Lawsuit approved by the Court and mailed to Potential Class Members on October 13, 2021.

12.      "Court" means Judge James R. Knepp II of the United States District Court for the Northern District of Ohio.

13.      "Covered Period" refers to the period from May 7, 2019 through August 21, 2021.

14.     "Defendant's Counsel" means Roman Arce and Michael Scalzo of Marshall & Melhorn, LLC.

15.     "Effective Date" means **thirty-one (31) days** after the Court's entry of the Final Approval Order.

16.     "Eligible Settlement Participants" means the Rule 23 Class Members and the FLSA Collective Action Members collectively.

17.     "Final Approval Order" means the Court's Order granting final approval of this Agreement.

18.     "FLSA Collective Action Members" means the 200 Potential Class Members who timely returned a Consent to Join Form. A list of the FLSA Collective Action Members is attached as **Exhibit A**.

19.     "Global Settlement Fund" means the gross settlement amount of One Million Dollars and No Cents ($1,000,000.00). The Global Settlement Fund is the sole and maximum payment by the Defendant and includes (1) all Settlement Awards (defined below); (2) any Service Award approved for Representative Plaintiff; (3) all of Plaintiffs' Counsel's reasonable fees and costs approved by the Court; and (4) all of the Settlement Administrator's Costs (defined below). The Global Settlement Fund does not include any required employer taxes with respect to any portions of the Settlement Awards and the Service Payment treated as wages under Internal Revenue Service ("IRS") Form W-2, and such employer taxes will be paid by Defendant.

20.     "Net Settlement Fund" means the amount available for individual Settlement Awards, after deducting all attorneys' fees, litigation expenses, Service Award and Settlement Administrator costs.

21.     "Rule 23 Notice of Settlement" means the form approved by the Parties' Counsel, and subject to Court approval, that will be sent to each Eligible Settlement Participant which will explain this Settlement, the process to object to the Settlement, the Fairness Hearing date and location, and the amount of his or her Settlement Award. A copy of the proposed Rule 23 Notice of Settlement is attached as **Exhibit B.**

22.     "Plaintiffs' Counsel" means Hans A. Nilges and Jeffrey J. Moyle of Nilges Draher LLC.

23.     "Potential Class Members" means all current and former non-exempt hourly production employees employed by Defendant during the period of time from May 7, 2019 to August 21, 2021 who worked 40 or more hours and received an automatic five-minute deduction from their work hours during any work week during this period of time.

24.     "Preliminary Approval Order" means the Court's Order preliminarily approving this Agreement.

25.     "Released Claims" means, upon the Effective Date, Representative Plaintiff and the Claimants will release, and forever discharge, Released Parties, from any and all claims that arise from the factual allegations in the Action, including claims, rights, demands, liabilities, and causes of action of every nature and description, whether known or unknown, arising on, or before, the Effective Date, that were, or could have been, made relating to all alleged FLSA violations, including all claims for liquidated damages, attorneys' fees, costs, expenses, penalties, interest, Settlement Administrator Costs, and Service Awards.

26.     "Released Parties" means Defendant and its officers, directors, shareholders, employees, representatives, corporate parents, corporate siblings, subsidiaries, predecessors,

successors, affiliates thereof, and otherwise related entities and any other persons acting by, through, under, or in concert with, any of these persons or entities, and their successors.

27.     "Rule 23 Class Members" means all current and former non-exempt hourly production employees employed by Defendant during the period of time from May 7, 2019 to August 21, 2021 who worked 40 or more hours and received an automatic five-minute deduction from their work hours during any work week during this period of time, and did not affirmatively opt-out of the Rule 23 class. A list of the Rule 23 Class Members is attached as **Exhibit C.**

28.     "Settlement" means the Parties' resolution of the Action as to Representative Plaintiff and the Claimants.

29.     "Settlement Administrator" means Analytics Consulting, LLC.

30.     "Settlement Administrator Costs" means all settlement administration fees, expenses, and costs incurred by the Settlement Administrator directly or indirectly related to its duties under this Agreement, including but not limited to all fees, expenses, and costs in connection with the Global Settlement Fund and Net Settlement Fund, and those duties related to notice, check cutting and mailing, reports to counsel, court filings, legal and accounting advice relating to the establishment of the Net Settlement Fund and tax treatment and reporting of awards to Class Members, preparation of tax returns (and the taxes associated with such tax returns as defined below), calculating Settlement Awards, and any other related duties.

31.     "Settlement Award" means the amount of the Net Settlement Fund that will be paid to each Claimant. The Settlement Award for Rule 23 Class Members shall be each Rule 23 Class Member's *pro rata* share of the Net Settlement Fund based on the number of workweeks worked by the Rule 23 Class Member during the Covered Period in comparison to the total number of

workweeks worked by all Rule 23 Class Members during the Covered Period. The Settlement

Award for FLSA Collective Action members shall be calculated the same way as the Settlement

Award for Rule 23 Class Members, but shall also be doubled, representing payment of liquidated

damages.

32.      "Service Award" means the payment made from the Global Settlement Fund to

Representative Plaintiff for his services in bringing and prosecuting the Action, and in

consideration for Representative Plaintiff's Released Claims as defined herein.

## DENIAL OF LIABILITY

33.      Defendant denies all liability or wrongdoing of any kind associated with the claims

alleged in the Action. Consequently, this Agreement is a compromise, and shall not be construed

as an admission of liability, culpability, wrongdoing, or negligence by Defendant or the Released

Parties, for any purpose, and under any circumstance. This Agreement, as well as the negotiations

that occurred in connection with its creation, shall not constitute evidence with respect to any issue,

or dispute, in any lawsuit, legal proceeding, or administrative proceeding, except for legal

proceedings concerning the enforcement or interpretation of this Agreement. The Parties do not

concede any claims or defenses that were, or could have been, raised in the Action; rather, they

merely negotiated and reached a settlement to avoid further disputes and litigation and the

attendant inconvenience and expense.

## CERTIFICATION OF THE FLSA COLLECTIVE AND RULE 23 CLASS

34.      For purposes of this Settlement only, the Parties agree and consent to conditional

certification of the Rule 23 Class pursuant to Rule 23 of the Federal Rules of Civil Procedure. In

the event the Court does not grant preliminary or final approval of the Rule 23 Class Action

Settlement, the certification of the class shall not constitute evidence or a binding determination that the requirements for conditional certification are satisfied.

35. For purposes of this Settlement only, the Parties agree that Representative Plaintiff and the FLSA Collective Action Members are similarly situated under 29 U.S.C. § 216(b) of the FLSA and agree to conditional certification of the FLSA class.

## DUTIES OF THE PARTIES TO COOPERATE TO OBTAIN COURT PRELIMINTARY AND FINAL APPROVAL OF THE SETTLEMENT

36. The Parties will fully cooperate with each other and use reasonable efforts, including all efforts contemplated by this Settlement and any other efforts ordered by the Court, to accomplish the terms of this Settlement, including but not limited to, executing such documents and taking such other action as may reasonably be necessary to obtain preliminary and final approval of this Settlement without material modifications and to implement its terms.

## ATTORNEYS' FEES AND COSTS

37. Plaintiffs' Counsel will seek an order from the Court approving the payment of their fees for services, not to exceed one-third of the Global Settlement Fund, and their litigation expenses in the amount of $15,119.32. Defendant will not contest this application. Any attorneys' fees and litigation expenses approved by the Court will be paid from the Global Settlement Fund. The Settlement Administrator will wire Plaintiffs' Counsel's Court-approved attorneys' fees and litigation expenses **twenty-one (21) days** after the Effective Date.

## SERVICE AWARD

38. Plaintiffs' Counsel will seek an Order from the Court approving a Service Award for the Representative Plaintiff in the amount of Ten Thousand Dollars and No Cents ($10,000.00). Defendant will not contest this application. The Service Award approved by the Court will be paid

from the Global Settlement Fund. For tax purposes, the Parties agree the Service Award will be: (a) 50 percent taxable, wage income paid under IRS Form W-2 and subject to required payroll withholdings under federal and state law; and (b) 50 percent taxable, non-wage income paid under IRS Form 1099. The Settlement Administrator will mail Representative Plaintiff's Court-approved Service Award **twenty-one (21) days** after the Effective Date.

## SETTLEMENT ADMINISTRATOR'S DUTIES AND RESPONSIBILITIES

39.     The Parties agree to retain the Settlement Administrator responsible for:

    a.     Establishing a Global Settlement Fund as a "Qualified Settlement Fund" within the meaning of Section 468B of the Internal Revenue Code of 1986, as amended, the Treas. Reg. Section 1.468B-1, *et seq.*;

    b.     Issuing all funds from the Global Settlement Fund;

    c.     Determining and finalizing the Settlement Awards and the tax withholding amounts and employer payroll tax amounts for Claimants, as applicable;

    d.     Preparing, printing, and disseminating the Rule 23 Notice of Settlement to all Rule 23 Class Members;

    e.     Processing and maintaining a record of all Rule 23 Class Members who object to the Settlement;

    f.     Promptly apprising both Parties' Counsel of the activities of the Settlement Administrator, timely responding to inquiries of the Parties or their Counsel, and copying the Parties' Counsel on material correspondence;

    g.     Mailing Settlement Award checks (or other negotiable instrument) to all Claimants;

    h.     Wiring Plaintiffs' Counsel's attorneys' fees and costs;

    i.     Mailing the Service Award to Representative Plaintiff;

    j.      Issuing IRS Forms W-2, 1099, and W-9 (if required) for all payments to each Claimant;

    k.     Ascertaining current addresses for each Notice of Settlement and Settlement Award check returned as undeliverable;

l.   Referring to Plaintiffs' Counsel all inquiries by the Eligible Settlement Participants that the Settlement Administrator cannot resolve and/or which involve matters not within the Settlement Claim Administrator's duties specified in this Agreement;

m.   Promptly notifying both Parties' Counsel of any material requests or communications made by any Eligible Settlement Participant;

n.   Maintaining adequate records of its activities, including the date of the mailing of the Notice of Settlement, receipt of returned mail, and other communications, and attempted communications with the Eligible Settlement Participants, and providing both Parties' Counsel with weekly reports regarding the same;

o.   Confirming, in writing to the Parties' Counsel its completion of the administration of this Settlement and retaining copies of all endorsed Settlement checks; and

p.   Such other tasks as customarily and regularly performed by a settlement administrator and as the Parties mutually agree.

40.   Settlement Administrator Costs, which are $19,979.00, shall be paid from the Global Settlement Fund.

## SETTLEMENT APPROVAL PROCEDURE

41.   This Agreement will become final and binding upon occurrence of <u>all</u> of the following events:

a.   Execution of this Agreement by Representative Plaintiff and Defendant.

b.   Submission to the Court of a Joint Motion for Preliminary Approval of the Class Action Settlement and for Final Approval of the FLSA Collective Action Settlement.

c.   Entry of an Order by the Court, proposed by the Parties, granting preliminary approval of the Rule 23 Class Action Settlement, final approval of the FLSA Collective Action Settlement, approving the method of distribution of the Rule 23 Notice of Settlement, and setting the date of the Fairness Hearing for the Rule 23 Class Action Settlement.

d.   Distribution of the Rule 23 Notice of Settlement in the form and manner approved by the Court.

e. Filing with the Court, prior to the Fairness Hearing, of a Declaration verifying that the Notice of Settlement was distributed to the Rule 23 Class Members in the form and manner approved by the Court.

f. Convening of the Fairness Hearing.

g. Entry of a Final Order and Judgment by the Court, proposed by the Parties, granting final approval of the Rule 23 Class Action Settlement, approving the proposed distributions, and dismissing this Action with prejudice.

h. Occurrence of the "Effective Date".

## SETTLEMENT ADMINISTRATION TIMELINES

42. Within **seven (7) days** after Preliminary Approval of the Class Action Settlement, the Settlement Administrator shall open an interest-bearing bank account, which will hold the Global Settlement Fund.

43. Within **fourteen (14) days** after Preliminary Approval of the Class Action Settlement, Defendant shall provide the Settlement Administrator with an Excel spreadsheet listing the names, social security numbers, last known addresses, and dates of employment for the Eligible Settlement Participants during the Covered Period, as that information exists in Defendant's records. This Excel spreadsheet should identify whether the Eligible Settlement Participant is a Rule 23 Class Member or a FLSA Collective Action Member. The Settlement Administrator shall attempt to confirm the accuracy of the Eligible Settlement Participants' addresses through the United States Post Office's National Change of Address database and shall mail the Notice of Settlement to any updated address obtained therefrom.

44. Within **fourteen (14) days** after Preliminary Approval, Plaintiffs' Counsel shall provide the Settlement administrator with an Excel spreadsheet listing the names and last known

addresses of any Opt-In Plaintiffs. The Settlement Administrator shall confirm that these persons are included in the list of Eligible Settlement Participants provided by Defendant.

45.     Within **fourteen (14) days** after Preliminary Approval Order, Defendant shall deposit One Million Dollars and No Cents ($1,000,000.00) into the interest-bearing bank account opened by the Settlement Administrator.

46.     Within **twenty-one (21) days** after Preliminary Approval Order, the Settlement Administrator will calculate the Settlement Award for each Eligible Settlement Participant.

47.     Within **twenty-eight (28) days** after Preliminary Approval Order, the Settlement Administrator shall send to all Eligible Settlement Participants the Rule 23 Notice of Settlement (the "Mailing Date"). If any Rule 23 Notice of Settlement is returned as undeliverable, the Settlement Administrator will promptly attempt to locate such Eligible Settlement Participant through other reasonable and legally acceptable means, and, if located, shall promptly mail an additional Rule 23 Notice of Settlement to such person.

## THE OBJECTION PROCESS AND PAYMENT OF CLAIMANT'S SETTLEMENT AWARDS

48.     Eligible Settlement Participants may make objections to the Class Action Settlement by submitting objections to this Settlement Agreement within **thirty (30) days** of the Mailing Date. Any objections must be written and signed, stating: (1) the Class Member's full name; (2) address; and (3) specific reason(s) for the Class Member's objection. This statement must also indicate whether the Class Member intends to appear and object to the Settlement at the Fairness Hearing. Notices and written objections, if any, shall be sent to the Settlement Administrator. Any

Class Member who does not serve a timely and compliant objection to the Settlement shall not be permitted to present his or her objections to the Settlement at the Final Approval Hearing and shall be foreclosed from seeking review of the Settlement by appeal or otherwise.

49.     Within **thirty (30) days** of the Mailing Date, or no later than **ten (10) days** before the Fairness Hearing, whichever is earlier, the Parties will file a Joint Motion for Final Approval of the Class Action settlement.

50.     Within **fourteen (14) days** following the Effective Date, the Settlement Administrator shall mail to Claimants their Settlement Awards. If possible, the Settlement Administrator will issue each Claimant one single check representing the total amount of his or her Settlement Award by combining the wage and non-wage portions of his or her Settlement Award. In accordance with the withholding and reporting requirements set forth in this Agreement, the Settlement Administrator shall report the wage income payments to the IRS on IRS Form W-2 and shall report the non-wage income on IRS Form 1099. Within **fourteen (14) days** following the Effective Date, the Settlement Administrator shall send to Plaintiffs' Counsel a list of all Claimants and their contact information.

## GLOBAL SETTLEMENT FUND AND TAXES

51.     The Global Settlement Fund will be established as a "Qualified Settlement Fund" within the meaning of Section 468B of the Internal Revenue Code of 1986, as amended, the Treas. Reg. Section 1.468B-1, *et seq.,* and shall be administered by the Settlement Administrator, subject to the ultimate authority of the Court.

52.     The Settlement Administrator shall serve as Trustee of the Global Settlement Fund and shall act as a fiduciary with respect to the handling, management, and distribution of the Global

Settlement Fund, including the handling of tax-related issues and payments. The Settlement Administrator shall act in a manner necessary to qualify the Global Settlement Fund as a Qualified Settlement Fund and to maintain that qualification. The Parties shall cooperate to ensure such treatment and shall not take a position in any filing or before any tax authority inconsistent with such treatment. The Parties agree to any relation-back election required to treat the Global Settlement Fund as a Qualified Settlement Fund from the earliest possible date.

53.     The Parties recognize the wage and non-wage awards to the Claimants will be subject to applicable tax withholding and reporting and employer payroll taxes. The Settlement Administrator shall calculate the employer's share of payroll taxes related to Settlement Award payments treated as wage income and, upon receipt of that calculation, Defendant will, as directed by the Settlement Administrator, deposit into the interest-bearing bank account opened by the Settlement Administrator a payment separate from the Global Settlement Fund to pay the employer's share of payroll taxes related to Settlement Award payments treated as wage income

54.     All taxes (including any estimated taxes, interest, or penalties) arising with respect to the income earned by the Global Settlement Fund, if any, including any taxes or tax detriments that may be imposed on Defendant with respect to income earned for any period during which the Global Settlement Fund does not qualify as a "Qualified Settlement Fund" for federal and state income tax purposes (hereinafter "Settlement Fund Taxes"), and expenses and costs incurred in connection with the operation and implementation of this paragraph (including, without limitation, expenses of tax attorneys and/or accountants and mailing and distribution costs and expenses relating to filing (or failing to file) any returns described herein or otherwise required to be filed pursuant to applicable authorities) (hereinafter "Settlement Fund Tax Expenses") shall be paid out

of the Global Settlement Fund. Further, Settlement Fund Taxes and Settlement Fund Tax Expenses shall be treated as a cost of the administration of the Global Settlement Fund. The Parties agree to cooperate with the Settlement Administrator, each other, and their tax attorneys and accountants to the extent reasonably necessary to carry out the provisions set forth in this Section.

55.     The Settlement Administrator shall satisfy all federal, state, local, and other reporting requirements (including any applicable reporting with respect to attorneys' fees and other costs subject to reporting) and shall pay from the Global Settlement Fund any and all taxes, as well as any other obligations with respect to the payments or distributions not otherwise addressed in this Agreement.

## TAX TREATMENT OF THE SETTLEMENT AWARDS

56.     For tax purposes, the Parties agree Settlement Awards will be paid as follows:

(a) Representative Plaintiff and FLSA Collective Action Members will receive 50 percent paid as taxable wage income reported under IRS Form W-2 and subject to required tax withholdings under federal and state law and will receive the other 50 percent paid as taxable, non-wage income reported under IRS Form 1099; and

(b) Rule 23 Class members will receive 100 percent of back pay as taxable wage income reported under IRS Form W-2 and subject to required tax withholdings under federal and state law.

## REMAINDER OF THE GLOBAL SETTLEMENT FUND

57.     Any funds from the Global Settlement Fund that are not distributed to the Class Members shall be returned to Defendant.

58.     All Settlement Award checks that are not negotiated by a Claimant within **one hundred eighty (180) days** of the date of issuance shall be null and void, and the associated funds shall be returned to Defendant.

<u>**RELEASE OF CLAIMS BY THE**</u>
<u>**REPRESENTATIVE PLAINTIFF AND CLAIMANTS,**</u>

59.     In consideration of his eligibility for his Service Award, the Representative Plaintiff, on behalf of himself and his heirs and assigns, hereby forever releases and discharges, through the date of execution of his respective release, the Released Parties from any and all claims, obligations, causes of action, actions, losses, expenses, demands, rights, and liabilities of every kind, nature and description, whether known or unknown, whether anticipated or unanticipated, arising prior to the date that the Court enters the Approval Order, including but not limited to those claims which: (a) were pled in the Action at any time; and/or (b) could have been pled in the Action, including all claims based on any of the following: (i) alleged failure to pay any type of overtime wages, (ii) alleged failure to pay any type of minimum wages, (iii) alleged failure to pay any type of otherwise earned wages (including straight time wages, bonuses, commissions, incentive payments, etc.), (iv) any other alleged federal wage-and-hour violation, (v) any other alleged state wage-and-hour violation; (vi) alleged discrimination, retaliation, harassment, or wrongful discharge, and (v) any statutory, constitutional, regulatory, contractual or common law employment-related claims for wages, damages, restitution, equitable relief, or litigation costs; and (c) this release includes any and all of the following based on any of the matters released by the foregoing: penalties, liquidated damages, punitive damages, attorneys' fees and expenses, litigation costs, restitution, and equitable relief ("Representative Plaintiff's Released Claims"). For the avoidance of doubt, this is a complete and general release of all possible claims

to the maximum extent allowed under the law. Representative Plaintiff's Released Claims do not include any workers' compensation claims, claims for unemployment benefits or claims that cannot be released by law.

60.     In consideration for their Settlement Awards, Representative Plaintiff and each Claimant forever and fully releases the Released Parties from the "Released Claims". "Released Claims" means (a) all claims, obligations, demands, damages, losses, actions, rights, causes of action, costs, expenses and liabilities, of whatever kind and nature, character and description, whether known or unknown, and whether anticipated or unanticipated under applicable federal and state wage and hour laws, including the FLSA, during the Covered Period, that arose from, are based on, or are in any way related or incidental to such individual's employment with the Company, including those related to payment of minimum or overtime wages, payment for all hours worked, meal and/or rest breaks, keeping records of hours worked or compensation due; and (b) all claims for penalties, liquidated damages, punitive damages, special damages, consequential damages, incidental damages, restitution, equitable relief, violations of any other state or local statutory and/or common law related to these claims, interest, attorneys' fees, or litigation expenses under the FLSA and any federal and state wage and hour or wage payment laws based on the claims listed in (a) above ("Released Federal and State Wage Law Claims").

61.     Further, in consideration for the payment of their attorneys' fees and costs, Representative Plaintiff and Claimants hereby releases all claims, causes of action, demands, damages, costs, rights, and liabilities of every nature and description for attorneys' fees, costs, and expenses against the Released Parties arising from or related to the Action.

**NOTICES**

62.     All notices, requests, demands, and other communications required or permitted to be given pursuant to this Agreement shall be in writing and shall be delivered (by mail or email) to:

**Plaintiffs' Counsel:**

>Hans A. Nilges
>Jeffrey J. Moyle
>NILGES DRAHER, LLC
>7034 Braucher Street NW, Suite B
>Massillon, OH 44720
>(330) 470-4428
>hans@ohlaborlaw.com
>jmoyle@ohlaborlaw.com

**Counsel for Defendant:**

>Roman Arce
>Michael Scalzo
>MARSHALL & MELHORN, LLC
>Four SeaGate, 8th Floor
>Toledo, OH 43604
>(419) 249-7100
>arce@marshall-melhorn.com
>scalzo@marshall-melhorn.com

## CONSTRUCTION, INTERPRETATION AND MODIFICATION

63.     This Agreement constitutes the entire agreement between the Parties with respect to the subject matter included in this Agreement and it shall supersede all prior and contemporaneous negotiations between the parties. This Agreement shall be construed as a whole according to its fair meaning and intent, and not strictly for, or against, any party, regardless of who drafted, or who was principally responsible for drafting, this Agreement, or any specific term or condition in this Agreement. The Parties participated in the negotiation and drafting of this

Agreement and had available to them the advice and assistance of independent counsel. As such, the Parties may not claim any ambiguity in this Agreement should be construed against another.

64.     If there is a conflict between this Agreement and any other document related to this Settlement, the Parties intend for this Agreement to control.

65.     Except as expressly provided herein, this Agreement has not been executed in reliance upon any other oral or written representations or terms, and no such extrinsic oral or written representations or terms shall modify, vary, or contradict its terms. The Parties agree this Agreement is to be construed according to its terms and it may not be varied, or contradicted, by extrinsic evidence.

66.     This Agreement shall be subject to, governed by, construed, enforced, and administered in accordance with the laws of the State of Ohio, and shall be subject to the continuing jurisdiction of the Court. The Parties agree that if either Party breaches any of the terms and conditions of this Agreement, the non-breaching Party shall be entitled to reasonable attorneys' fees and expenses incurred in enforcing the terms and conditions contained herein.

67.     If any provision of this Agreement, except the Release, is held by a court of competent jurisdiction to be void, voidable, unlawful, or unenforceable the remaining portions of this Agreement will remain in full force and effect to the extent the effect of this Agreement, as well as the obligations of the Parties, remains materially the same.

68.     This Agreement may not be modified or amended, except in writing, signed by the Parties or their counsel, and as approved by the Court. This Agreement, any amendments or modifications to it, and any other documents required or contemplated to be executed in order to consummate this Agreement, may be executed in one or more counterparts, each of which shall be

deemed an original of this Agreement. All counterparts of any such document together shall constitute one and the same instrument. A photocopy, facsimile, or digital image of an executed counterpart shall be enforceable and admissible as an original.

69.    This Agreement is binding upon, and shall inure to the benefit of, the Parties. Without limiting the foregoing, this Agreement specifically shall inure to the benefit of Defendant as well as its present and former owners, stockholders, predecessors, successors, joint ventures, assigns, agents, directors, officers, board members, employees, representatives, insurers, attorneys, parents, subsidiaries, benefit plans, plan fiduciaries, affiliated divisions and companies, and all persons acting by, through, under, or in concert with, any of them; likewise, this Agreement shall be binding upon Representative Plaintiff and the Claimants.

## CONTINUING JURISDICTION

70.    The Parties agree to move for the Court to retain continuing jurisdiction to construe, interpret, and enforce the provisions of this Agreement; to supervise the administration and distributions from the Global Settlement Fund; and to hear and adjudicate any dispute or litigation arising from, or related to, this Agreement.

**WHEREFORE,** having fully read and understood the terms of this Agreement, the Parties sign their names below with the intention that they shall be bound by it.

| DATED:<br><br>4/19/22 | DEFENDANT<br><br>By: _____<br><br><br>Its: _President/CEO_____ |

| DATED: | REPRESENTATIVE PLAINTIFF |
|---|---|
| 04/18/2022 | _Tyler Wyer_ |

# EXHIBIT A

**List of Opt-Ins**

| **Name** | | |
|---|---|---|
| Scott Carroll | Jeremy Rubinstein | Kristina Varner |
| Janet Moore | Larry Leveck | Tyler Boyers |
| David Fenton | Annette Beck | Olivia Krieger |
| Linda Miller | Susan Hulshof | Aaron Craddock |
| Paul Vitek | David Summers | John Jones |
| Joshua Keezer | Cheryl Zuver | Lisa Perry |
| Mark Wiles | Matthew Boddiger | Elizabeth Gaston |
| Patricia Lee | Mark Stone | Robert Cooley |
| Shirley Davis | William Griner | Miranda Spencer |
| Scott Schoonover | Larry Lammon | John Strudgeon |
| Curt Hooser | Irma Orduno | Jonathan Evans |
| Barry Sullivan | Joshua Ballmer | Stephen Ducat |
| Victor Perez | Kevin Mckillip | Steven Norden |
| Laura Maassel | Todd Bauer | Nathan Barror |
| Oralia Lerma | Marie Duncan | Thomas Jones |
| Patricia Sonnenberg | Adam Schmig | Calathea Burns |
| Norman Dickman | Delbert Mcclain | April Velez |
| Rex Blevins | Robert Myers | Stephanie Leming |
| Stuart Kammeyer | Daniel Harris | Ashley Martin |
| Richard Gonzales | Ronald Schmid | Cody Leming |
| Tyson Gilbert | Colleen McKibben | Grace Hartman |
| Casey Bergstedt | Chad Carroll | Katrina Engel |
| Brent Gerken | Patty Bauer | Megan Crowell |
| Robert Wyse | Emily Meyer | Andrea Bach |
| Richard Meyer | Kraig Bostelman | Shawn Moden |
| Keith Cooley | Cynthia Weigel | David Lantz |
| James Henschen | Jesse Huffman | Laureen Westrick |
| Troy McCoy | Cynthia Pinson | Kevin Onweller |
| Dean Eichler | Albert Fisher | Richard Schultz |
| Jeffrey Raymond | Cody Worthington | Kate Mullett |
| Daniel Sallows | Christy Appel | Ty Ramsey |
| Steven Bortell | Tara Masters | Ellie Sobota |
| Bruce Wooley | Cody Warncke | Daniel Michelson |
| Terry Wallace | Thomas Young | Johannes Mullett |
| Susan Bernath | Roberta Bragg | Michael King |
| Anita Sauder | Melvin Lautermilch | Brianne Basilius |
| Carli Boddiger | Donald Hubbard | Amber Shelt-Friend |
| Karen Chandler | Ronald Wittig | Michael Lange |
| Michael Ricker | Charlotte Murry | Lisa Yackee |
| Terrance Kelly | Blaise Vallejo | Sabrina Luedtke |
| Thomas Kraemer | Roy Campbell | Jeremiah Johnson |
| Shawn Vires | Dennis Newsome | Tanya Collins |
| Robert Fowler | James Norris | Robert Huss |
| Ricky Anderson | David Smith | Kim Taylor |
| | Gavin Vanderpool | Doug Fickel |

Edward Mckibben
Ernest Hernandez
Cassandra
Dickmann
Christian Garza
Josiah Runyon
Laura Wittenmyer
Kimberly Hartman
Daniel Mohr
Trina Jones
Lainie Wise
Renee Gonzales
Lorenzo Mendez
Brandan Payne
Kaitlyn Cousino
Melanie Fortier
Tyler Wyse
Jerry Salinas
Theresa Kill
Rochelle Clemons
Lisa Engel
Noa Mayer
Kama Brackman

Nichole Foor
Dora Lee
Corinne Anderson
Alexandra Barber
Matthew Nichols
Joseph Yager
Kirsteen Kopke
Joshua Drenning
Christopher
Redmond
Lucas Yoder
Lily Krieger
Garret Seiler
Keyera Anderson
Matthew Zielinski
Jessica Walker
Cassie Payne
Clara Rodriguez
Angela Scheid
Trey Hurtt
Amber Johnson
Kayden Meyer
Kendra Ellis

Samantha Smith
Shane Kennedy
Terrance Rose
Corey Whitten
Brandon Perry
Blayne Robinson
Tate Rubinstein
Jasin Wise
Lainie LaFountain
Skyler Day
David Ybarra
Seth Keel
Jamall Tripp
Michael Staehling
Jonathon Smith
David Black
Taylor Barber
Debrenna Sees
Angela Filson
Cecilia Lavia
Sandra Schaffner
Teresa Worthington

# EXHIBIT B

**Rule 23 Notice of Settlement**

## NOTICE OF CLASS ACTION SETTLEMENT

### *Tyler Wyse v. Sauder Woodworking Co.*
### United States District Court, Northern District of Ohio Case No. 3:21-cv-00957

**You are receiving this notice because you are a member of a class action lawsuit and eligible to participate in the settlement of that lawsuit. A federal district court has approved this notice. This is not a solicitation from a lawyer.**

Representative Plaintiff filed this class action lawsuit against Sauder Woodworking Co. on May 7, 2021. On September 16, 2021, the Court authorized the Parties to send notice to eligible class members, including yourself, to advise them of their legal rights and options.

The Parties have reached a settlement of this case solely with the intention of avoiding further litigation. Because you did not affirmatively opt-out of this lawsuit, you will be bound by the settlement if it is approved by the Court.

You have the opportunity to object to the settlement. If you object, you will still be eligible to receive a monetary payment under the settlement if it is approved by the Court.

Additional Information and instructions on how to object to the settlement are contained below. **Please read this Notice carefully.**

### BASIC INFORMATION

| 1. Why did I get this notice? |
|---|

The purpose of this notice is to inform you of the settlement of this case, of which you are a class member. The Court ordered that you be sent this notice because you have a right to know about the settlement of this class action lawsuit.

| 2. Description of the lawsuit. |
|---|

A lawsuit has been brought by Representative Plaintiff against Sauder in the United States District Court for the Northern District of Ohio. Representative Plaintiff seeks to pursue this lawsuit on behalf of himself and other employees who fit the definition above.

Representative Plaintiff alleges that Sauder did not properly compensate him when he worked a shift of eight hours and five minutes or longer in duration. Representative Plaintiff is demanding payment for unpaid overtime, liquidated damages, attorneys' fees and expenses.

Sauder denies Representative Plaintiff's allegations and states that it has properly paid its employees consistent with its requirements under the Fair Labor Standards Act and Ohio law. Sauder asserts defenses to the lawsuit and has expressly denied and continues to deny any wrongdoing or legal liability arising out of any of the facts or conduct alleged by Representative Plaintiff.

## 3. Why is there a settlement?

The Court did not decide in favor of the Representative Plaintiff or Defendant and neither side prevailed. The Parties agreed to this settlement with the intention to avoid further disputes and litigation with the attendant inconvenience and expense.

## 4. What does the settlement provide?

Defendant has agreed to pay a total of $1,000,000.00. This amount includes settlement payments to Class Members, Class Counsel's attorneys' fees in the amount of $333,333.33, representing-one third of the total settlement amount, reimbursement of Class Counsel's out-of-pocket costs, a service payment for Representative Plaintiff in the amount of $10,000 for his services in bringing and prosecuting this action, and the costs of settlement administration.

## 5. How will my payment be calculated?

Settlement payments to Class Members will be calculated based on a formula that has been approved by the Court as a fair and reasonable. The Settlement Award for Class Members shall be each Class Member's *pro rata* share of the Net Settlement Fund based on the number of workweeks worked by the Class Member during the period of time from May 7, 2019 to August 21, 2021 in comparison to the total number of workweeks worked by all Class Members during this period of time. Class Members who timely returned the form titled "Consent to Become A Party Plaintiff" that was previously mailed to Class Members will receive double this amount, representing payment of liquidated damages.

Based on this formula, you are estimated to receive approximately $_____ in the form of back wages which is subject to deductions for applicable taxes and withholdings like any other paycheck, and for which you will receive an IRS form W-2. If you timely returned the form titled "Consent to Become A Party Plaintiff" that was previously mailed to Class Members, you will receive a second check for the same amount, from which no deductions will be taken and for which you will receive an IRS Form 1099.

## 6. How can I get my payment?

**To participate in the settlement, you are not required to do anything.** Checks will be mailed to Class Members at the addresses listed in the Company's records. If your address has changed, you must contact [SETTLEMENT ADMINSTRATOR] and provide your current mailing address.

The Settlement Claims Administrator's complete contact information is:

[Claims Administrator to insert]

## 7. When will I get my payment?

You will be sent a check approximately 45-60 days after the Court holds a Fairness Hearing and

grants Final Approval of the settlement. Please be patient.

**It is your responsibility to keep a current address on file with the Settlement Administrator. Please make sure to notify the Settlement Administrator of any change of address.**

**Checks will become null and void after 180 days of their issuance.**

## 8. How can I object to the settlement?

If you want to object to the settlement, you must send a letter saying that you object to the settlement in the case of Wyse v. Sauder Woodworking Co., Case No. 3:21-cv-00957.

In your objection, you must include your full name, address and telephone number, and the reason why you object to the settlement.

You must mail your objection to both of the addresses below so that it is postmarked no later than by [insert date - 60 days from mailing of notices]. Late objections will not be considered.

If you do not object to the settlement, you do not need to do anything.

| COURT | SETTLEMENT ADMINISTRATOR |
|---|---|
| Office of the Clerk of Court<br>James M. Ashley and Thomas W. L. Ashley<br>U.S. Courthouse<br>1716 Spielbusch Avenue<br>Toledo, Ohio 43604 | [INSERT SETTLEMENT ADMINISTRATOR ADDRESS] |

## 9. The Court's Fairness Hearing

The Court has scheduled a Fairness Hearing on [INSERT DATE AND TIME] at [insert address].

The hearing may be moved to a different date or time without notice, so if you plan to attend, you should call or email Class Counsel for current information. At this hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court may listen to people who have asked to speak about an objection. At or after the hearing, the Court will decide whether to approve the settlement.

**You do not have to come to the hearing.** Class Counsel will answer any questions that the Court may have. If you send an objection, you do not have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it.

If you plan to come to the Fairness Hearing, you must send a letter saying that you intend to

appear at the Fairness Hearing. This letter must be postmarked no later than [20 Days Prior to Date of Fairness Hearing].

You must send your letter to both addresses listed above (the Clerk of Courts and the Settlement Administrator). Your letter must include your full name and address, telephone number, and the case name and number referenced above.

### 10. Do I have a lawyer in this case?

The Court appointed Nilges Draher LLC to represent you and other Class Members as "Class Counsel." You do not have to personally pay Class Counsel. You can reach Class Counsel by phone at (234) 401-9089. You may call Class Counsel to discuss any questions you may have about this settlement. If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense

### 11. How do I get more information?

If you have other questions about the settlement, you can contact Class Counsel at the telephone number or email below.

Nilges Draher LLC
Hans A. Nilges
Jeffrey J. Moyle
7034 Braucher Street NW, Suite B
North Canton, Ohio 44720
notice@ohlaborlaw.com
(234) 401-9089

**THE COURT CANNOT ANSWER ANY QUESTIONS ABOUT THIS SETTLEMENT. PLEASE DO NOT CONTACT THE COURT WITH QUESTIONS ABOUT THE SETTLEMENT.**

# EXHIBIT C

**List of Rule 23 Class Members**

| **Name** | | |
|---|---|---|
| Somjit Manisaeng | Juan Hernandez | Lucas Perry |
| Thomas Lynch | Roberto Hernandez | Bradley Carpenter |
| Lynn Gruber | Kevin Meller | Judith Nixon |
| Ricky Sammons | Steve Moden | Emile Cerda |
| Raymond Steele | Peter Leatherman | Larry Williams |
| William Moyer | Laura Clingaman | Thomas Wiemken |
| Michael Stumbo | Timothy Aden | Kimberly Demaline |
| Robert Jones | Matthew Schaffner | Brenda Gable |
| Daphine Brubaker | Rodney Gilbert | Ricky Thompson |
| Jose Perez | Douglas Desgrange | Jesus Torres |
| Michael Moskwa | Michael Zimmerman | Marilyn Neville |
| Renee Vondeylen | Matthew Maginn | Ricky Bany |
| Mike Bergstedt | Jerry Lang | Michael Ackley |
| Neil Pfister | Brenda Wagner | Robert Sutton |
| Raymond Haas | Douglas Dammann | Michael Cox |
| Steve Hausch | Patricia Alexander | Shawn Giesige |
| Doreen Strong | John Helmke | Charlotte Bernath |
| David Lugo | Gregory Morr | Ronald Stockburger |
| Jon Fredrick | Brooks Richer | Thomas Stork |
| Shelly Hite | Douglas Stinson | Adrian Castillo |
| David Barrick | Michael Davis | Scott Eidenier |
| Michael Ruffer | Michael Hoschak | Gary Nofziger |
| Rex Good | Norma Martinez | Donald Montague |
| Michael Schrickel | Mark Smith | Scott Bergman |
| Gregory Bauer | Mike Mirelez | Joel Perez |
| Janet Groves | Thomas Nye | Scott Hicks |
| Jeffery Robbins | Jeanne Ward | Christopher Lawson |
| Joy Sexton | Jacqueline Roller | Thaddeus Kuszmaul |
| Matthew Dancer | Scott Barhite | John Callahan |
| Richard Fruchey | Patricia Kirk | Rodney Wichman |
| Ronda Vonalt | Dean Ruby | Lucas Hernandez |
| Stephen Kelb | Chris Bockelman | Timothy Pierce |
| Chad Spadafore | Earl Tietsort | Nathan Dopp |
| Brett Tucker | Michael Kruse | Richard Jackman |
| Chad Posey | Robert Hoschak | Michael Grahn |
| William Wasnich | Douglas Kaufman | Anthony Kuhn |
| Matthew Ferguson | Dale Bates | Deeanna Brightbill |
| Joel Leslie | Shannon Deming | David Creek |
| Michael Sholl | James Lucas | Robert Kiessling |
| John Coffman | Tracy Wyse | Cynthia Koepfer |
| Jay Tingley | Gerald Meiring | Matthew Brandt |
| Timothy Hopkins | Deborah Peoples | Ron Schmitt |
| Tamela Richer | Mark Stevens | Brian Braley |
| | Ronnie Lovins | John Sensabaugh |

| | | |
|---|---|---|
| Rebecca Hammersmith | Marvin Mullett | Mark Garrow |
| Terrell Fether | Neal Kimpel | Michael Pifer |
| Jason Lopez | Michael Homier | Debra Snow |
| Donelda Richer | Randy Miller | Dennis Smallman |
| Richard Farrell | Brian Hite | Michael Prigge |
| Rick Krohn | Kathy Moyers | Mitchell Cooper |
| Brian Eicher | Lee Frazee | Shane Wolfrum |
| Marcia Boyd | Ralph Weber | Theresa Dominique |
| Gary Downing | Luis Sierra | Shawn Bischoff |
| Charles Downing | Melody Rodriguez | Jessica Wolfrum |
| Christopher Flanary | Robin Coy | Rachel Perez |
| Larry Garrow | Mark Reynolds | Chad Smith |
| Tony Wiemken | Mark Chatham | Richard Back |
| Sam Rosenbauer | Greg Hutchison | Charles Mast |
| Leonides Mendez | Glenn Bennett | Danny Smith |
| Douglas Miller | John Ebersole | Susie Stamm |
| Dale Flint | Baldemar Quintanilla | Michael Leichty |
| Michael Kemp | Rodrick Miller | James Richer |
| Clifford Macklin | Scott Lovins | Michael Morgan |
| Scott Burris | Paul Beaverson | Wendy Torres |
| Stacie Funkhouser | Norman Beavers | Daniel Hasselswerth |
| Robert Hake | Michael Reynolds | Michael Grooms |
| Randal Randolph | Donald Cocke | David Homier |
| Rick Whetro | Jessica Acosta | Shawn Fox |
| Rene Villarreal | Howard Puehler | Melissa Hahn |
| Shelly Meyers | Candy Smith | Lori Harris |
| Scott Reeb | Scott Gericke | Bryce Newton |
| Ann Cross | Robert Gonzales | William French |
| Mark Potter | Dean Wiemken | Leslie Etchison |
| Gary Nagel | Joseph Kohnen | Keven Crumrine |
| Nancy Wasnich | Matthew Dominique | Ryan Melia |
| James Koch | Carrie McMichael | Terry Barton |
| Amy Davis | Kimberly Spencer | Gerald Moser |
| Brian Altaffer | James Bussing | Rex Miser |
| Michael Schwartz | Matthew Miller | Donald Hale |
| Steve Grant | Edmund Sauber | Robert Meyer |
| Craig Warncke | Edwin Nafziger | Kelly Bergman |
| Allen Kunesh | Jesus Rodriguez | Michael Thompson |
| Dawn Willitzer | Renee Liechty | Michael Ludwig |
| Mark Olmstead | Dean Smith | Gregory Wells |
| Debra Weddelman | Burdette Meyer | Craig Graham |
| Nicholas Detter | Michael Coopman | Leonard Niese |
| Andrew Hartzell | Robert Bieber | Matthew Meyer |
| Gary Beaverson | Kathryn Figy | Jason Leu |

| | | |
|---|---|---|
| Justin Miller | William Strauss | Jill Helton |
| Gregory Witt | Timothy Strauss | James Schmidt |
| Nathaniel Kline | Carla Harris | Allen Rohrs |
| Randolph Fickle | Julia Walls | Lisa Hoschak |
| Matt Okuley | Frederick Frey | Melissa Vershum |
| Robert Green | James Keefer | Ronald Hood |
| Karyl Cape | David Brushaber | Michael Traina |
| Matthew Fogarty | Julie Sauber | Brenda McCoy |
| Michael Schriner | Douglas Grimm | Angela Liechty |
| Darrell Chappuis | Tammi Schuster | Chad Grieser |
| Steven Bell | Scott Norden | Greg Grieder |
| Thomas Rupp | Lamar Miller | Erin Deck |
| Teresa Pfund | Timothy Kohout | Jason Altman |
| Tamara Hardman | Betty Sanchez | Mark Hohenberger |
| Shane Hardy | Kristofer Schmunk | Samuel Conlon |
| Anna Silva | Gary Parry | Joseph Borton |
| Gregory Tucker | Christopher Saxton | Theresa Woodby |
| Wendee Lovins | Jason Mercer | Debra Cooke |
| Mark Simonis | James Telles | Mitchel Warncke |
| Michael Cooper | Eric Fischer | Daniel Lipinski |
| Michelle Dopp | Dennis Miller | Heather Bechstein |
| Randall Augsburger | Ted Bostelman | Shannon Bass |
| Amy Niese | Randal Chappuis | Randy Greear |
| Chin Lin | Betsy Smith | Troy Meyer |
| Richard Knipp | Douglas Rufenacht | Melony Carroll |
| Debra Bechtel | Pamela Hart | Kimberley Phipps |
| Darrell Peabody | Eric Helberg | Michael Martinez |
| Roger Bischoff | Thomas Thatcher | Eric Borton |
| Frederick Baer | Todd Kruse | Dean Frazer |
| Randy Schuette | Kevin Mckinney | Jay Beck |
| Gary Nichols | Matthew Norden | Bruce Mohler |
| Samuel Mock | Daniel Herr | David Unisko |
| Lonny Grime | Mary Layman | Dan Pilmore |
| Kristi Fenicle | Mark Grime | Jeffrey Flory |
| Antonio Monsivais | James Grime | Jerry Seiler |
| Janie Kahle | Douglas Grime | Tracy Rohlf |
| Jerry Garza | Tim Kleck | Gale Meller |
| Donald Sholl | Lamar Gerig | Beverly Meine |
| Dennis Harrison | Douglas Ball | Carol Henricks |
| Coleen Franz | Kathy Smith | Todd Warncke |
| Dennis Bejarano | Bradley Tilse | Randy Burkholder |
| Jerry Gilbert | Eric Stannard | Eugene Armstrong |
| Jon Ehlers | Barbara Clady | Robert Strickler |
| Deborah Leininger | Tom Wiemken | Nathan Brinkman |

Christine Sierra
Julie Lane
Jennifer Villaruz
Gregory Bass
Eric Newton
Dennis Hill
Ronald Pfund
Mark Brakefield
Nichole Sonnenberg
Darren Clifton
David Beck
Dawn Horton
Carl Cox
Todd Rohrs
Michael Debbe
Gerry Baldwin
Jeff Sonnenberg
Kevin Bostelman
Steven Fisher
Diana Riley
Jennifer Meyer
Gregory Neer
David Boyer
Russell Hearne
Todd Hoellrich
Rod Luzar
James Buchhop
Peggy Pease
Tracy Ruffer
Richard Hardesty
Steven Corwin
F Chris Neuenschwander
Rodger Ward
Dennis Helberg
Andrew Koenig
Pamela Spangler
Craig Weber
David Myles
Joel Rivera
Wesley Deck
Julie Garrow
Keith Jermeay
Kevin Pile
William Lonabarger

Phonepaseuth
Dominique
Joseph Loveland
Steven Duvall
John Myers
Stephen Zipfel
Jennifer Detterer
Todd Morrow
Tori Winegarner
Brendon McCoy
Adam Moll
Brandon Baldwin
John Ballin
Wendell Nofziger
Larry Horst
David Grime
Dean Witte
Gary Short
Thomas Kruse
Dallas Schrock
Rodney Mercer
Karen Miller
Arlen Tuckerman
Larry Wheeler
Kirk Meller
Joseph Henson
Timothy Hodson
Larry Ledyard
Luis Santiago
David Gustwiller
David Nieberding
Fabian Torres
Renae Wilson
Bart Warner
Larry Frank
Tammy Shidler
Dora Perez
Andrew Dominique
Mark Andrews
Vernon Wachtmann
Jason Lovejoy
Gail Martin
Mark Hardman
Jack Daft

Jay Ross
Kimberly Bogosian
Gary Grime
Amber Batt
Ty Cheney
Mark Knierim
Sara Kimpel
Chad Flory
Andrea Schutte
Keri Helberg
Cindy Sauder
Timothy Norden
Dawn Beck
Judith Redmon
Eric Baker
Rosalinda Barrera
Ruth Draggoo
Edward Flory
Kevin Bortz
Michael Bowers
Herbert Knapp
Scott Helberg
Richard Volkman
Silkia Vega
Victor Hinojosa
Troy Ashbacher
Stacey Kohnen
Heather Long
Jacob Judy
Christine Carnahan
David Croninger
Tom Waidelich
Richard Baldwin
Timothy Mendenhall
Scott Coats
Scott Long
Thomas Myers
Calvin Norden
Corey Klima
Joseph Hoffman
Tracy Grime
Brian Myers
Jacqueline Schwiebert
Anthony Gomez

| | | |
|---|---|---|
| Kevin Lovejoy | Amy Coyne | Troy Williams |
| Mark Schang | Nathaniel Weber | Diana Dubois |
| Joel Moening | David Wallace | Keith Varga |
| Mark Foth | John Bowers | David Schaedler |
| Kathleen Zolman | Jon Kreiner | Daniel Osborn |
| Patty Finnerty | Neil Kempf | Michael Wagner |
| Robert Duncan | David Volkman | Troy Clark |
| Steven Buchhop | Kevin Wilson | Jeffrey Van Doren |
| Philip Nofziger | Lillie Sands | Christeen Chatham |
| Teresa Hug | Keith Stickley | James Cox |
| Patrick Finney | Michael Brown | Linda Eidenier |
| Frank Soellner | Ronald Elston | Vern Johnson |
| Deborah Brubaker | Javier Lerma | Jerry Potts |
| Steven Hartman | James Rains | Harry Popejoy |
| Joseph Marvin | Ronald Cody | Thomas Fix |
| Roger Leatherman | Debbie Jordan | Daniel Burger |
| Jason Cessna | Arynn McClain | Randy Johns |
| Jamie Volkman | Jody Fields | Brian Adolf |
| Michael Barnes | Jacqueline Eberly | Corey Cogan |
| Tami Jaques | Wava Kramer | Patrick Mclaughlin |
| David Pfaff | Sandra Reynolds | Suzanna Bower |
| Jason Stubblefield | Ellen Shock | Frederick Love |
| Douglas Good | Daniel Knepper | Pauline Gerencser |
| John Beldon | Jeffrey McVay | Michael Willett |
| Brandon Steiner | Sean Stover | Tonya Kunkle |
| Jacqueline Schweitzer | Norma Ehlers | Heath Nafziger |
| Pete Schroeder | Scott Berger | Paul Newsome |
| Derek Brenner | Yancy Goodlock | Jeffrey Connell |
| Jeffrey Barnhart | Esmeralda Torres | Robert Whitaker |
| Leo Giesige | James Smith | Francisco Chapa |
| Anthony Peterson | Stephanie Shingle | James Gonzales |
| Ronald McBride | Bradley Kosnik | Joe Cruz |
| Jamie Hall | Dennis Edwards | Vicente Cervantes |
| John Draggoo | Richard Lashaway | Sam Narath |
| Larry Deline | Corey Love | Jerry Browneller |
| Julie Crum | Connie Bailey | Kommala Sengphradeth |
| Tracey Schuette | William Harris | Evelyn Soster |
| Russell Fletcher | Suzan Leupp | Eleazar Gracia |
| Rodney Hamilton | Rex Bays | Trinidad Campos |
| Severo Lomeli | Scott Jarrell | Nichole Kurtz |
| Craig Wagner | Deborah Reavis | Thavone Vorasane |
| Keith Krieger | David Myers | Khamvilay Sengphradeth |
| Eric Hutchinson | Sullivan Rosario | Carmen Cruz |
| Cory Richardson | Travis Williams | Yanira Reyes |

| | | |
|---|---|---|
| Luis Reyes | Bruce Whitlock | Terry Snider |
| Jose Vazquez | Joshua Finnerty | Dustin Schweigel |
| Jorge Ortiz | Joshua OLeary | Paul Gebers |
| Nilsa Hernandez | Rod Sommers | Peter Leenen |
| Elsa Sanchez | Eddie Shelton | Erin Ryan |
| Dale Allen | Annamarie Lopez | Cassandra Slane |
| Carlos Benzan | Alicia Day | Jacob Gigax |
| Rose Moreno | Michael Creager | Kent Nagel |
| Scott Riegsecker | Derek Schweigel | Allen Taylor |
| Ashley Acevedo | Randy Chiu | Debora Borstelman |
| Kristopher Ruffer | Joshua Hutchison | Brittany Retcher |
| Kristoffer Knisely | Rachel Ferguson | Blake Bost |
| Jared Hite | Beverlie McCoy | Natalee Schaffner |
| Jeremy Lowrie | Tyler Downing | Joy Herman |
| Karen Zumfelde | Dale Grime | Jared Degroff |
| Wilmer Whitaker | Anthony Cooper | Celia Castillo |
| Yajaira Kruse | Michael McDermott | Michele Green |
| Becky Myers | Eugene Wyse | Kristopher Lauber |
| Dewitt Lauffer | Sophia Bostelman | Leigh McKenzie |
| William Conner | Heather Lyon | Marshall Gerschutz |
| Aaron Cain | Joshua Torres | Monica Meiring |
| Michael Pierce | Noel Molina | Autumn Bennett |
| Thomas Stretch | Danny Leatherman | Kevin Wenner |
| Juan Galvan | Brock Montague | Abby Fisher |
| Kyle Keene | Lauren Smith | Andy Bostic |
| Christopher Mielke | Cathy Fowler | Valentine Iroha |
| Nicholas Stuckey | Chandra Blosser | John Andrews |
| Steve Riegsecker | Kyle Graber | James Rawlins |
| Kristopher Russell | James Greek | Dean Buckenmeyer |
| Jennifer Cutchall | Bradley Wagner | Brian Davis |
| Maranda Locke | Joshua DeGroff | Landon Leaman |
| Mario Moreno | Kyle Lovins | Vankham Vorasane |
| Sandy Dangler | Justin Oberhaus | Melissa Garcia |
| Seth Brumbaugh | Jordan Hernandez | Christopher Wiles |
| Nicholas Beardsley | Emma Rosebrock | Mel Lee |
| David Witter | Rogelio Rodriguez | Natasha Potter |
| Catherine Schlosser | Frank Smallman | Janell Ramos |
| Valerie Hatzer | Sadie Martin | Luke Hulse |
| Matthew Villalovos | Aaron Hansen | Justin Barlow |
| Austin Baldwin | Ben Weddelman | Cheri Blosser |
| Jeffrey Rhodes | Jessica Reimund | Javier Villanueva |
| Nate Armstrong | Kevin Jack | Erika Johnson |
| Michael Cargle | Gregory Lane | Topazia Pena |
| Lisa Lawson | Kurt Iler | Chelsea Leininger |

| | | |
|---|---|---|
| Whitney Quintanilla | Nathaniel Rodriguez | Amy Schroeder |
| Travis Walter | Kyle Eppard | Sara Creager |
| Tyler Miller | Ryan Lashaway | Bradly Lawrence |
| Dustin Timmons | Analyn Nofziger | Daniel Robarge |
| Dylan Shock | Wendy Sommers | Darren Yeager |
| Joshua Haskell | Janet Ziegler | Thomas Sloan |
| Jody Bradford | Anthony Long | Colin Hughes |
| Daniel Hogrefe | Rebecca Rosebrook | Rochelle Atkison |
| Kevin Murray | Larry Knepper | Devon Zuver |
| Scott DeTray II | David Smith | Bryce Eickholt |
| Anthony Adkins | Christopher Ashbaugh | Blair Leidel |
| Jeremy Ames | Josiah Taylor | Robert Eaton |
| Dustin Makula | Arlie Adams | Suzanne Coburn |
| Victoria Gaucin | Gabriel Martinez | Alvin Grime |
| Lisa Ryan | Tyler Cahill | Cody Hyland |
| Matthew Hartman | Roy Rodriguez | Stephen Barnhart |
| Tonja Worthington | Rodney Cordray | Julie Barton |
| Brenda Montague | Louie Albright | Emmet Fryman |
| Paige Clifford | Kelly Hager | Robert Seymore |
| David Mendez | Lucas Stinson | Derrick Friend |
| Nicole Parsons | Kaleb Nofziger | Trisha Ford |
| Melissa Bickham | Anissa Drewes | Laura Hughey |
| Daniel Church | Alexander Tompkins | Rickie Bays |
| Jonathon Rickenberg | Jennifer Gerken | Derek McCallister |
| Christopher Gallardo | Faith Hicks | Sarah Mast |
| Joanne Leaman | Nathaniel Hayman | Aaron Martis |
| Chelsea Chester | Susie Garcia | Rex Kessler |
| Jessica Reynolds | Isaac Jeffers | Brittney Finney |
| Eric Waldron | Sandy Rohrs | Breeanna Adams |
| Michael Perez | Seth Beaverson | Jacob Triggs |
| Yvonne Bufford | Taylor Beck | Hans Leininger |
| Seth Hernandez | April Bumm | John Wright |
| Christina Kuney | Andrew Ridgway | Louis Martin |
| Aaron Filson | Shanon Jackson | Neil Wansitler |
| Stefanie Swartz | Robert Huston | Nathan Hancock |
| Mason Gericke | Olga Garcia | Allysen Vieira |
| Tyler Schmid | Nichole Amos | Maranda Steffes |
| Jesus Moncivais | Racinda Schoonover | Nolan Bachellor |
| Christian Pena | Leondre Jackson | Steven Leininger |
| Richard Williams | Zachary Bowling | Penny Michael |
| Sheila Lett | William Miller | Julie Fleming |
| Josiah Dahl | Tanya Schutt | John Downey |
| Nicholas Wichman | Paul Engel | Kelsey Herman |
| Angeline Croskey | Joshua Haas | Robert Hawk |

Kyle Barlow
Amy Meyer
Aaron Traxler
Keegan Mock
Brad Myers
Mark Clellan
Chastity Bruton
Kenneth Kinnaley
Edward Bialorucki
Eric Beck
Richard Snyder
Amber Lee
Jennifer Wilkie
Rebecca Shaver
Jarett Lerma
Kellie Gaston
Chelsea Demoulin
Brock Carter
Alysha Lonabarger
Benita Hernandez
Benjamin Watson
Josiah Rodriguez
Garren Caverly
Beverly Hoag
Bradley Gebhart
Ciara Burris
Tomas Spires
Zachary Gerken
Patricia Hinojosa
Steven McDowell
Tara Chase
Steven Grime
Christopher Hastedt
Aric Heyman
Ninfa Starkey
George Andrews
Justin Triggs
Crystal Bryan
Brittni Stacy
Gregory Mull
Angela Travelbee
Kevin Carr
Amber Riley
Cody Branham

Zachariah Fruth
Daniel Clay
Joseph Cameron
Kyle Romanczuk
Gail Fogle
Kadee Drinnon
Seth Milhoan
Cody Bidlack
Thomas Zwiebel
Nicholas Irving
Aaron Hostettler
Tyler Herschberger
Joshua Smith
Matthew Lightle
Kelly Boring
Christopher Rentschler
Joshua Weible
McKinzie Leu
Zachary Torres
Colton Pilmore
Levi Rash
Michael Pile
Dylan Hernandez
Brian Kimpel
Austin Gebers
Ian Blackwood
Vanessa Cox
Boris Orellana Saldias
Joel Felder
Matthew Strayer
Collin Griesinger
Tyler Risner
Sheila-Marie Mielke
Amelia Flanary
Amy Elston
Antonio Ramos
James Masters
Eric Shaffer
Betty Hardy
Olivia Molina
Zachary Kinnaley
Kenneth Wilson
Emily Wyatt
Vanessa Borstelman

Bradley Smith
Matthew Davis
Susan Crawford
Cassandra Creger
Brice Behnfeldt
Daniel Keeran
Jorge Arce
Joshua Shultz
Samuel Jones
Shaunna Burgess
Brandon Davis
Kimberly Akers
Jeremy Spence
Kurt Jones
Ryan Schudel
Rebecca McKnight
Aaron Pringle
Jacob Ehlers
Shane Leininger
Oneida Calderon
Oscar Calderon
Amy Yenser
Jennifer Bush
Lori Snyder
Brandi Thompson
Chelsea Kruse
Tristan Weber
Samuel Stiles
Bradley Zeiter
Christina Esparza
Bridget Rezabek-Born
Sonya Overton
Megan Harper
George Overton
Angela Molina
Amy Bullano
Michael Evans
Julie Bush
Misty Miller
Daniel Lerma
Shyann Johnson
Anthony Maniscalco
Haylie Jones
Shonda King

| | | |
|---|---|---|
| Jacob Spurgeon | Gaven Buckmaster | Carolyn Smith |
| Dylan Hall | Evan Rufenacht | Irvin Santana |
| Tiffany Hattemer | Sheena Uttecht | Katrina Luedtke |
| Anya Westfall | Angelica Gonzalez | Brian Benarth |
| Raymond Young | Tammy Junk | John Soto |
| Craig Ford | Trae Brackman | Denise Miller |
| Nolyn Burkholder | Jonathon Noe | Amber Ledesma |
| Jackson Waidelich | Tyra Knepper | Ricardo Saldivar |
| Timothy Kessler | Cole Watson | Kelli Shaneyfelt |
| Noah Short | Teresita Rivera | Brett Carpenter |
| Craig Roth | Hunter Notestine | Joshua Burwell |
| Corey Ohlinger | Alejandro Hinojosa | Sarah Lawrence |
| Alexander Davis | Michael Geis | Mark Detwiler |
| Vanessa Walker | Miranda Bogert | Jillian Duvall |
| Amberly Hawk | Baylee Schmitt | Spencer Eis |
| Ryan Roddy | Caleb Ricker | Cory Westgate |
| Enrique Garcia | William Thomas | Megan Meiring |
| Autum Martin | Benjamin Hartman | Dean Torres |
| Russell Overmyer | Andrew MacGregor | Jessica Kimpel |
| Douglas Fisher | Noah Wolfrum | Daniel Kammeyer |
| Ryan Howard | Kurtis Scranton | Robert Whitaker |
| Shawn Patterson | Sheyanne Boyd | Adam Reimond |
| Troy Meyer | Dakota Damron | Ashlynn Traxler |
| David Barnes | James Middleton | Carl Ruckel |
| Jacob Hahn | Eric Gonzales | Tyson Short |
| Melissa Dominique | Chase Zartman | Simona Jackman |
| Angela Hayes | Harrison Mills | Fred Willis |
| Dustin Siler | Alan Harris | Danial Sees |
| Lance Naves | Maxie Ratanasri | Casey Klingshirn |
| Mark Yenser | Andrea Hammon | Kaylie Brouse |
| Daniel Figy | Alexandra Brown | Skylar Lantz |
| Elias Gonzalez | Dylan Coons | David Alvarado |
| Coelina Byers | Connie Arps | Thomas Otto |
| Heather Holzer | Tiffany Gerlach | April Shidler |
| Heather Warner | Kimberly Criswell | James Rodriguez |
| Micah Peterson | Abdellah Hella | Bryce Spencer |
| Heather Moore | Ryan Jones | Regina Garza-Rosas |
| Shawn Summers | Catherine Farrell | Jacqueline DeVault |
| Erik McAtee | Matthew Urban | Timothy Brown |
| Madalyn Roth | Lee Martin | Dennis Howard |
| Joshua Cuevas | Jennifer Everley | Jacob Tonjes |
| MacKenzie Meyer | Jaycob Bailey | Mark Holsopple |
| Joshua Vernon | Larissa Williams | Caitlyn Lucas |
| Brodie Nofziger | Jonah Perdue | Nicholas Erbskorn |

| | | |
|---|---|---|
| Deanna Foster | Michael Adair | Alicia Herman |
| Jason Clingaman | Jerico Orona | Steven Boyd |
| Timothy Schroeder | Makayla Ackerman | Mariah Young |
| John Masters | Kristen Edwards | Austin Shortridge |
| Kyra Blosser | Scott Luthi | Jason Streeter |
| Rebecca Coil | Nathaniel Knepper | Caitlin Beck |
| Scott Buchele | Cassandra Bennett | Gavin Liechty |
| Ashley Smith | Jared Ludeman | April Beaverson |
| Daniel Monserrat | Chelsey Donley | Lindsey Streng |
| Donald Rittenhouse | Jordan Salkil | Jamie Sterns |
| Michael Williams | Shy Morris | Colin Ashbaugh |
| Elijah Becker | Donald Hardison | Danielle Emerling |
| Kailyn Johnston | Brock Brubaker | Kyle Herren |
| Maria Diaz | Anthony Steyer | David Bell |
| Timothy Cousino Jr | Gary DeVault | Jason Meade |
| Judy Ruckel | Beth Giesige | Miguel Rolon |
| Joseph Elrod | Lucas Bersinger | Kirtis Klingler |
| Tyler Fenter | David Pelland | John Varner |
| Brandon Notestine | Courtney Kuney | Dylan Armey |
| Joshua Hildebrandt | Lauren Jones | Hannah Case |
| Nathan Dickmann | Karlea Wagner | Sarah Seigneur |
| Taleah Deming | Nathaniel Hill | Gerson Calderon |
| Chinyere Breitner | Marissa Torres | Angel Luna |
| Nwizuzu | Austin Kempf | Miranda Marcellus |
| Mark Waldron | Nathan Hartzler | Christina Briggs |
| Cindy Skiver | Natalie Wichman | Joshua Potter |
| Allison Miller | Bailey Hohenberger | Justin Coressel |
| Kevin Taynor | Emma-Lee Hussey | Josiah Law |
| Orion Nines | Jared Kidder | Jeremiah Power |
| Dylan Trejo | Emily Roth | Paige Cahill |
| Averi Pennington | Eliza Avers | Jason Trouten |
| John Ireland | Timberly Kreiner | Tyler Stretch |
| Travis Maple | Brayden Hernandez | Russell McWatters |
| Christopher Beach | David Etter | Chandler Turner |
| Damon Smith-Rogers | Teresa Kurtz | Shane Myers |
| Shane Mozena | Austin Davis | Jacob Zumfelde |
| Daniel Gill | Hayley Callahan | Rhandi Osmun |
| Karen Fuller | Scarlette Niese | Ryan Houtekamer |
| Laura Wilder | Treyton Jones | Brian Meyer |
| Dakota Macek | Steven Stein | Connor Gray |
| Ruth Deck | Amy Zachrich | Zachery Billings |
| Christopher Burgess | Justin Snyder | Alex Wolff |
| Gamali Arce | Frank Dutcher | Nakia Walters |
| Ashley Graf | Joshua Kuhn | James Fisher |

William Lalik
Misty Brothers
Steven Elick
Michelle Wagner
Jaren Vokoun
Kristopher Kutzli
Teresa Montague
Yolanda Sosa
Derrick Schreiber
Morgan Wilson
Winston Miller
Kristen Freese
Kevin Wenger
Isabel Fuentes
Deana Walter
Shelley Cordray
Jeanine Franklin
Christi Blackman
Andrew Heitman
Patrick Schulze
Kevin Franz
Brett Cunningham
Daniel Kendall
Jason Debbe
Jamie Wittenmyer
William Carlisle
Daniel Wolfrum
Jessica Beltz
Courtni Aldrich
Logan Wright
Rhonda Franks
Eimy Pena Camacho
Brandon Nagel
Jordan Brown
Austin Hutchison
Kaden Hanna
Casey Kunesh
Nathaniel Sobota
Devin Harper
Dennis Plummer
Jesse Calhoon
Cody Lantz
Jessica Gray
Roger Sugg

Mackenzie Bloomfield
Hayley Bostelman
Molly Plassman
Andrea Flory
Phoenix Parry
Bryan Stambaugh
Anthony Stout
Peyton Phillips
Caleb Wiseman
Jacob Dickmann
MathaDell Ferguson
Chloe Lane
Nicolas Rodriguez
Samantha Tilley
Hayden Weber
Owen Huston
Isaac Baldwin
Kyle Vernot
Jennifer Waisner
Andres Hinojosa
Aleithea Tefft
Jose Garcia
Alicia Barhite
Justin Reed
Nicolas Beltz
Chandler Armey
Eric Gendron
Ashley Weidenhamer
Audree Thompson
Christian Monsivais
Jonah Blanchard
Dominic Beltran
Bryan Garcia
Mercedes Molina
John Sierra
Kimberly Laycock
Michael Blessing
Bryan Ward
Job Ramirez Ortiz
Lori Schafer
Noah Ruby
Tammy Cooper
Echo Altman
Nancy Schroeder

Zachary Snyder
Shane Bofia
Sirena Slade
James Armstrong
Jacob Montana
AJ Brown
Daniel Ponce
Justin Lovejoy
Benjamin Zimmerman
Ariel Bohn
Job Knepper
Deborah Clausen
Torin Blosser
Corey Lovins
Norbert Sonnenberg
Danielle Whitmire
Jenna Seither
Samuel Grime
Adrian Ortiz
Nicholas Shook
Trenton Miller
Richard Boots
Bradley Hicks
Christina Milhoan
Alan Shidler
Brenda Carlin
Jason Rodriguez
Kennedy Raike
Ronald Rice
Brittney Sperling
Kaitlynn Reardon
Canessa Rauth
Denielle Thornton
Angelica Gamber
Marcos Molina
Justin Pasterz
Dennis Kauffman
Kolbey Jones
Mark Lange
Curtis Wooley
Suzanna Wassink
Jamie Brown
Candace Ferguson
Cheryl Thornton

| | | |
|---|---|---|
| Dezaray Mobley | Emie Peterson | Logan Shepard |
| Derek Badillo | Brayden Flory | Kylie Brinkman |
| Jacob Burkhart | Katelyn Scott | Austin Wiemken |
| Brandon Dickson | Dylan Miller | Tessa Shaffer |
| Garrett Ellis | Tanner Callicotte | Ryan Rufenacht |
| Ashly Flint | Olivia Behnfeldt | Natalie Roth |
| Shirley Happeny | Caitlin Bidlack | Grace Wenzinger |
| Nathan Posten | Katelyn Yenser | Aaliyah Waterfield |
| Shannon Rodriguez | Britney Steyer | Madison Sonnenberg |
| Israel Vasquez | Emily Alvarez | Katelyn Elling |
| Austin Autry | Katherine Clawson | Austin Horning |
| Tristen Bates | Luke Maple | Spencer Barhite |
| Jesus Soto | Jordan Wakeham | Jacob Debbe |
| Alexander Coble | Kimberly Gillett | Brendan Robbins |
| Andrew March | Kyle Kreinbrink | Grace Swary |
| Randall Miller | Bradley Diller | Zoi Bauer |
| Natasha Triggs | Shane Kusmierz | Morghan Bloomfield |
| Jonathon Perez | Victoria Resendiz | Alayna Ryan |
| Mark Morris | Drake McKeever | Tyson Fetter |
| Andrew Steen | Dana Fricke | Makenna Ashbaugh |
| Brian Felt | Sage Repp | Kaitlyn Malone |
| Phillip Antcliff | Brodie Miller | Cory Erbskorn |
| Joshua Armstrong | Baiden Jones | Adam Niese |
| MacKenna Whitacre | Zachary Basselman | Amanda Payne |
| Joseph Flores | Esmeralda Hernandez | Madison Kusmierz |
| Mark Atkison | Caden Garrow | Alex Starkey |
| David Bradley | Daniel Holsopple | Matthew Kunesh |
| Kameron Daeger | Collin Robarge | Logan Helmke |
| Alexis Herrera Pina | Gavin Ritter | Logan Malone |
| Alec Zaborniak | Madison Hohenberger | Eugene Craig |
| Frank Boyer | Zachary Kryder | Leslie Schroeder |
| Alexia Scouten | Tristan Uribes | Kyle Beck |
| Larry Dauwalter | Jodi DeLaney | Imagyn Ferguson-Butler |
| Brandy Bush | Mark Rosene | James VanPelt |
| Tammy Hawkins | Jacob Armstrong | Cameron Collins |
| Bailee Smith | Richard Shirkey | Fernando Mata |
| Selena Alvarado | Leonard Johnson | Clayton Fox |
| Sarah Lightle | Kyle Lawrence | Ryan Yarbro |
| Elijah Miller | Sydney Elfring | Alexander Hulse |
| Nathan Garza | Amanda Reyes | Hannah Buchhop |
| Ashley Davis | Zachary Ordway | Melissa Anderson |
| Justin Ball | Tristan Barajas | Raquel Garcia |
| Abraham Montague | Alicyn Hopkins | Levi Yarbro |
| Emma Babcock | Caitlyn Beldon | Patrick McWatters |

| | | |
|---|---|---|
| Austin Garza | Seth Handy | Taylor Birkhimer |
| Tristano Stacy | Tyler Richmond | Sydney Rupp |
| Michael Schultz | Kathrine Cain | Jarrett Waidelich |
| Joshua Croy | Eric Heilshorn | Adley McNeal |
| Jeff Smith | Jason Shaffer | Jacob Stubblefield |
| Lauren Reid | Jerry Cannon | Devin Witte |
| Gustavo Chavez | Cristy Robbins | Chloe Nofziger |
| Noah Kennedy | Robert David | Brooke Kohler |
| Heather Burkhart | Kacey Wilkerson | Levi Waldron |
| Nathan Grahn | Madison Roth | Jack Schwab |
| Devon Harris | Brennon Bidlack | Chase Grime |
| Andrew Hooser | Troy Brink | Payton Lovins |
| Kevin Smart | Sierra Kruse | Isaac Bowers |
| Allen Ankney | Kelly Day-Hemenway | Paige Smith |
| Madison Henry | Josiah Barnhart | Tyler Bostelman |
| Brady Meyers | Shannon Yantis | Alexander Moore |
| Tammy Kuhl | Kyla Fox | Colleen Bell |
| Roxanne Infante | Joshua Prielipp | Joshua McBride |
| Haylee Dickerson | Lidia Arrizon Martinez | Ronald Chappuis |
| Jacob Clark | Ruben Ruiz Albino | Benjamin Oyer |
| Taylor Hankinson | Brooke Riebesehl | Maggie Carder |
| Andrew Flegal | Aubrey Pierce | Kendyl Snow |
| Antony Pawlowicz | Reid Sonnenberg | Brady Fishpaw |
| Nicholas Vasquez | Holly Howard | Jessica McWatters |
| Seth DeGroff | Benjamin Brown | Josiah Magallanes |
| Jacob Joy | Justin Proxmire | Alaina Kessler |
| David Burkhart | Levi Lemmon | Rosalyn Flores |
| Andrew Farmer | Dylan Mendoza | Karmen Chaffee |
| Alexander Brentlinger | Gregory Westhoven | Emanuel Villanueva |
| Tristan Smith | Karina Tirado-Cruz | Stephanie Trejo |
| Cassandra Rocha | Matthew Reiser | Andrew Ray |
| Ilianet Cardona | Derric Blosser | Jesus Cruz |
| Daniel Mozingo | Kaleb Bates | Ashton Snow |
| Brycen Durbin | Taylor Vermillion | Libby Cerda |
| Sara Gilbert | Margie Badenhop | Zachary Juillard |
| Hunter Schomaeker | Toby Walker | Joseph Kimble |
| Porter Maginn | Cheyenne Tule | Catherine Richer |
| David Vasquez | Trevor Short | Tenley Baldwin |
| Breanna Montez | Glygs Nafziger | Parker Grube |
| Chelsey Buenger | Mckayla Clymer | Jeffrey Sharpe |
| Sarah Boots | Ruth Wenzinger | Roberta Ruffer |
| Kelly Barber | Joshua Kidder | Kimberly Gerrick |
| Samantha Schnieder | Carly Bontrager | Kennedy Miller |
| Jason Mendoza | Kayla Kurtz | Brianna Yager |

Madison Trejo
Reece Mealer
Matthew Herold
Kaitlyn Elkins
Sherry Baldwin
Sidney Klingshirn
James Lamb
Shaelynn Pichette
Birch Baer
Kimberly Winterfeld
Zacharias Siefker
Adam Ferland
Jarett Howell
Kamryn Dick
Clayton Schwiebert
Nathan Jones
Cynthia DeGolier
Jordan Finn
Richard Campos
Joseph Vance
Elias Guerrero
Brittney Haines
Filiberto Zamudio
Morquecho
Tricia Sizemore
Tamara Bidlack
Kyle Lewallen
Kaitlyn Allwood
Joshua Widmer
Curtis Kunkle
Mikayla Smith
Korry Friend
Nolan Lantz
Kameron Maurer
Jacob Hancock
Michala Swaninger
Brandon Gilbert
Clayton Campbell
Carrie Zimmerman
Robert Lee
Shannon Shelby
James Buck
Gina Hinson
Aliah Hitzeman

Brandon Hiltabidel
Debra Zimmerman
Andrew Little
Anita Weisenbach
Sandralynn Ramey
Jordan Extine
Charlene Snyder
Emma Clark
Nick Fonseca
Michael Shepard
Damon Akers
Guadalupe Rios
Pamela Bernath
Kiersten Smith
Justin Spencer
Andrea Kirkham
Alexander Junge
Donny Ramos
Jacqueline McKenzie
Katelyn March
Nicole Rupp
Abbigail Murphy
Brian Burger
Trinity Saxton
Christopher Elling
Dustin Martinich
Heather Boger
Troy Johnson
Brady Wolfrum
Isaiah Cramer
Gage Leitch
Travis Zuvers
Rachel Dickson
Jory Kesler
Ashley Smith
Tina Lopez
Gwenyeth Wagner
Joseph Robison
Edward Stacy
Donald Wilson
Patrick Garrett
Bralynn Blanton
David Thorson
Gregory Dobson

George Haliena
Tasha Garrett
Tabbatha Downs
Laura Fleming
Zoe Bullano
Baden Skates
Cody Williams
Brock Wiemken
Spencer Cashman
Marie Herschberger
Asia Schmunk
Aaron Rupp
Brayden Barrett
Logan Miller
Amy Prekop
Dylan Rash
David Stemen
Jacob Autry
Alyssa Potter
Kaleb Versansky
Miranda Blaylock
Christopher Ellison
Hannah Prentiss
Denver Beck
Grace Schnitkey
Brooke Briggs
David Martinez
Sarah Stacy
Tiffany Willms
Ryan Conklin
Isaiah Barnhart
Lisa Ellinwood
MacKenzie Cupp
Theresa Durbin
Michaela Bates
Mitchell Grosjean
Arlie Lambright
Orry Killam
Stephen Munguia
Justin Dominique
Kayla Coryell
Melayna Stuckey
Nathan Rupp
Ethan Siebenaler

| | | |
|---|---|---|
| Ella Calvin | Eli Baer | Kaylee Hein |
| Jacqueline Shelby | Jakob Wagner | Bryan Kimmell |
| Atreyo O'Neal | Jenalee Wiles | Angel Deck |
| Mark Stuckey | Ryan Helton | Karson Rufenacht |
| Aaron Mann | Summer Collins | Jeffrey Ward |
| Gage Bergeon | Heather McMahan | Blake Valentine |
| Brandon Berry | Elijah Schumacher | DeAndre Walton |
| Darin Weaver | Jordan Henry | Dominik Schmitt |
| Reed Krueger | Cindy Wahl | Erica Rieke |
| Darla Rupp | Randal Eaton | Ivy Hicks |
| Christian Maney | James Huston | Tyler Gearhart |
| Haley Geis | Ashley Manon | Colt Boyd |
| Tyson Hoste | Conner Youngker | Dylan Manley |
| Brooks Behnfeldt | Benjamin Morris | Cameron Pace |
| Caleb Vermillion | Nolan Von Deylen | Blake Eyer |
| Randy O'Neal | Dakota Ferguson | Landon Nisely |
| Juan Salinas | Robin Combs | Kyle Tucker |
| Victoria Muehlfeld | Colton Blanton | Tyler Vanderhoef |
| Larry Leupp | Fortune Woods | Deivy Umana Martinez |
| Nichole Gossett | Jonathon Sauder | Kye Ankney |
| Kurtis Creger | Noah Gomez | Sheyenne Snyder |
| Zachary Miller | April Fryman | Ian Pratt |
| Clayton Graham | Erika Esquivel | Shana Kurtz |
| Elisha Tressler | Gregory Schultheis | Matthew Cavazos |
| Kirsten Killion | Marek Kreiner | Charles Krieger |
| Andrew Shindler | Barbara Cawthorne | Khristian Miller |
| Charles Meyer | Tony Grime | Lori Goodlock |
| James Hagerman | Isaac Frazer | Michael Eckenrode |
| Matthew Schroeder | Nathan Brubaker | Lois Bell |
| Madison Gigax | Jayce Brubaker | Jason Robbins |
| Rodney Tripp | Daniel Oyer | Jared Dominique |
| Maysyn Rodriguez | Chalsey Sipe | Hayden Dickman |
| Angie Stacy | Randy Burke | Elijah Juillard |
| Sara Greek | Seth Hunt | Maria Guzman |
| Amanda Versansky | Korbin Paulsen | Kaitlyn Manz |
| Paige Coressel | Colin Rouleau | Jaxon Przepiora |
| Sandra Siller | Gabriel Vela | Hannah Froelich |
| Erin Germann | Jeffrey Lawson | Kylee Okuley |
| Dawson Liechty | Chad Salm | Jordyn Hein |
| Damian Veith | Hannah Bowen | Brittney Vonalt |
| Alexis Skiver | Craig Doda | Mackenzie Piercefield |
| Zane Behnfeldt | Randi Hatcher | Cody Long |
| Summer Wagner | Isaac Fraker | Kylie Siler |
| Daniel Pollard | Joseph Stevens | Brayden Roth |

| | | |
|---|---|---|
| Cayden Alvarado | Michael Gomez | Megdalyn Mello |
| Aadon Ford | Josa Beatty | Natalie Seibert |
| Logan Meyers | Noah Sauber | Tyson Bailey |
| Malachi Schumacher | Samantha Aeschliman | Dakotah Fields |
| Anna Tijerina | Olivia Liechty | Alexis Gutierrez |
| Marsha Russell | Asa Killam | Logan Schroeder |
| Donal Small | Eric Cooper | Brandon Lynch |
| Carissa Diller | Garrett Burkey | Will Fraker |
| Shelby Poley | Jordan Behnfeldt | Riley Garretson |
| Shannon Holbrook | Katie Hoffer | Adam Harr |
| Megan Carroll | Mia Hancock | Leanne Pownall |
| Magdalena Rosas | Darlene Sampson | Thomas Nafziger |
| Macey Stover | Abigail Elkins | Raymond Birtcher |
| Sierra Belmares | Aiden Funkhouser | Leslie Dietrich |
| Kirsten Roseman | Jaxton Fisher | Jessica Riggs |
| Sadie Kessler | Tyler Smiddy | Sheila Vernot |
| Holly Gors | Gavin Lotozynski | Derrick West |
| Andrew Phillips | Maura Grime | Lisa Stump |
| Avery Giguere | Matthew Pace | Brandon Morgan |
| Abigayle Helmke | Thad BonDurant | Joseph Shaver |
| Kelly Bilen | Claire Birkhold | Lily Shadel |
| Thaddeus Rice | Hunter Wasnich | April Ray |
| Matthew Kohnen | Elise Hartzler | Lucas Meyer |
| Clay Gerig | Christian Hernandez | Justs Hoover |
| Lauren Horst | Trevan Kindinger | Michael Coronel-Aguilar |
| Carter Nisely | Micah Yoder | Shanon Jackson |
| Aubrie Calvin | Jason Waisner | Ethan Bartelt |
| Latesha Koch | Luke Tester | Jordan Williams |
| Abby Austin | Mya Pena Camacho | Joshua Basselman |
| Heath Waidelich | Star Sommers | Maddison Bloomfield |
| Jose Perez | Macy Peterson | Theresa Combs |
| Joshua Tobias | Landon Hines | Dane Riley |
| Cooper Hull | Ariel Miller | Mason Couts |
| Hunter Mattin | Alexandra Horton | Jacob Keene |
| Isaac Wilson | Kacy Connolly | Julianna Keene |
| Spencer Bailey | Allan Starkey | Carter Uribes |
| Harley Pratt | Andrew Eberle | Travis Wagner |
| Haley Crouch | Chelsea Brenneman | Jeffery Bechtol |
| Ashton Koval | Kelly Wyse | Danielle Ratliff |
| Nicholas Schnipke | Amya Coulon | Alejandra Oberhaus |
| Emaleigh Fickle | Amber Gericke | James Reynolds |
| Izayah Nonnenmacher | Joseph Reamsnyder | Ethan Zirkle |
| Dierks Netcher | Jenna Mahnke | Johnathan Price |
| Sydney Zirkle | Aaron Sipe | Brady Johns |

Quinn Cline
Alejandra Chapa
Makayla Nortley
TeJay Moore
Katherine Stuber
Tyler Smith
Mason Conway
Donald McLeod
Austin Head
Sara Leatherman
Wyatt Leatherman
Lana Baker
Hunter Cullen-Lemley
Tiffanie Valdez
Brianna Shank
Trenton Bechstein
Zander Watson
Katie Lynch
Karli Luderman

Andrew Thomas
Noah Batt
Adryan Sanchez
Rudi Dachenhaus
David Oyer
Austin Futch
Tori Manz
Livia Hein
Sandra Ryan
Jesus Perez
Andrea Kelley
Kaiden Keiser
Jace Havens
Kenneth Swietzer
Todd Sackschewsky
Carmen Bendele
Ashlyn Figy
Kala Parsons
D'Andre Lavia

Makenna Lane
Ashley Hartman
Zachary McWatters
Michael Fryar
Amber Deeson
Lacy Stull
Melanie Parsons
Megan White
Juan Garcia
Rosa Mendoza
Andrew Bustamante
Timothy Bechstein
Morgan Couts
Chase Sherman
Bronson Baden
Samantha Dickman
John Jones
Brent Gerken